Decided May 2, 2011

## STATE OF CONNECTICUT *v.* KEVIN C. CREECH

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 489 (AC 31379), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Richard E. Condon, Jr.*, senior assistant public defender, in support of the petition.

*Kathryn Ward Bare*, assistant state's attorney, in opposition.

Decided May 2, 2011

## DAVID BINGHAM ET AL. *v.* DEPARTMENT OF PUBLIC WORKS ET AL.

The petition by the plaintiff Robert Fromer for certification for appeal from the Appellate Court, 127 Conn. App. 461 (AC 31741), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Robert Fromer*, pro se, in support of the petition.

*Charles L. Howard* and *Amber N. Sarno*, in opposition.